NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NVS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Appellee*

---

2020-2046

---

Appeal from the Civilian Board of Contract Appeals in Nos. 4775, 5360, 6334, Administrative Judge Jonathan D. Zischkau, Administrative Judge Allan H. Goodman, Administrative Judge Jeri Kaylene Somers.

---

**JUDGMENT**

---

ROBERT J. CYNKAR, McSweeney Cynkar & Kachouroff PLLC, Great Falls, VA, argued for appellant.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2021                    /s/ Peter R. Marksteiner
     Date                          Peter R. Marksteiner
                                   Clerk of Court